UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE NATIONAL FEDERATION OF THE BLIND, INC.
Plaintiff(s)

v.                                    CIVIL ACTION NO. 18CV12630-RWZ

EPIC SYSTEMS CORP.
      Defendant(s)

**JUDGMENT IN A CIVIL CASE**

ZOBEL, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[**X**]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the Memorandum of Decision and Order entered on 1/31/20; Judgment is entered DISMISSING the complaint.


                                            Robert Farrell, CLERK

                                            s/ Lisa A. Urso
Dated; 2/3/20                               Deputy Clerk